**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00021-ZLW

MICHAEL JAMES MARZONIE, JR.,
MARK ANDREW LARSON,
LARSON & LARIMER, P.C., and
EVAN SCOTT RAY,

    Plaintiffs,

v.

BRAUCH ENTERPRISES II,
N. GAYLE BRAUCH, and
EARL BRAUCH,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Defendants' "Motion Court to Hold Jane Tidball in Contempt of Court" filed on January 27, 2010, is DENIED because this action is closed.

Dated:  January 29, 2010