**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00021-ZLW

MICHAEL JAMES MARZONIE, JR.,
MARK ANDREW LARSON,
LARSON & LARIMER, P.C., and
EVAN SCOTT RAY,

    Plaintiffs,

v.

BRAUCH ENTERPRISES II,
N. GAYLE BRAUCH, and
EARL BRAUCH,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Defendants' "Ex Parte Expedited Motion for Stay Pending Appeal and Requests for a Temporary Staying Order Regarding State Court and Plaintiffs" filed on February 8, 2010, is DENIED.

Dated:  February 11, 2010